1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

ROBERTA GARCIA-GOOCH,

Case No. 1:19-cv-01268-EPG

11

Plaintiff,

**ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS*

12

v.

13

COMMISSIONER OF SOCIAL SECURITY,

(ECF No. 2)

14

Defendant.

15

16

17
    Plaintiff, Roberta Garcia-Gooch, proceeding *pro se* (ECF No. 1), has requested leave to

18
proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff's IFP application does not make the

19
showing required by 28 U.S.C. § 1915(a), and will accordingly be denied without prejudice to

20
renewal.

21
    Plaintiff indicates on her application that she receives no gross pay or wages. However,

22
Plaintiff did not complete the portion of the application that indicates whether she had any other

23
income in the past twelve months. (ECF No. 2.) Without a fully completed application, including

24
the information on other income, the Court is unable to determine whether Plaintiff qualifies for

25
IFP status. Accordingly, IT IS ORDERED:

26
    1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without

27
prejudice.

28
    2. Plaintiff must submit a renewed IFP application on the standard court form, *with all*

1

*information completed*, or pay the filing fee, within 30 days from the date of this order.

3. Plaintiff is cautioned that failure to timely submit a renewed IFP application in proper form, or to pay the filing fee, may result in the dismissal of this action.

4. The Clerk of the Court is directed to provide Plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

IT IS SO ORDERED.

Dated:   **September 17, 2019**                  /s/ *Enci P. Grosjn*
                                                                    UNITED STATES MAGISTRATE JUDGE

2