UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA GARCIA-GOOCH,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:19-cv-01268-EPG<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS<br><br>14-DAY DEADLINE |

    Plaintiff, Roberta Garcia-Gooch, is proceeding *pro se* in this action for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding her application for Social Security Disability Insurance Benefits.

    Under Rule 4(m) of the Federal Rules of Civil Procedure,

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

    Plaintiff filed the complaint initiating this action on September 11, 2019. Summons was issued on October 23, 2019.[1] Significantly more than 90 days have passed since Plaintiff filed

---

[1] The delay between the filing of the complaint and the issuance of the summons is due to Plaintiff's initial motion to proceed *in forma pauperis* (ECF No. 2), which the Court denied because it was incomplete (ECF

1

her complaint and since the Court issued the summons. However, there is no indication that the defendant has been served in this case. Nor has Plaintiff requested more time to effectuate service or attempted to show good cause for the failure.

Accordingly, Plaintiff IS ORDERED to show cause why this case should not be dismissed for failure to effectuate service in accordance with the 90-day time limit in Rule 4(m). Plaintiff shall file a written show cause response within 14 days of this Order. If Plaintiff needs the assistance of the Court in effectuating service, Plaintiff should request such assistance in her show cause response.

IT IS SO ORDERED.

Dated: **February 20, 2020**      /s/ Eric P. Gros[signature]
UNITED STATES MAGISTRATE JUDGE

---

No. 3). Plaintiff filed a renewed application to proceed *in forma pauperis* on October 21, 2019 (ECF No. 4), which the Court granted on October 23, 2019 (ECF No. 5), and issued summons that same day (ECF No. 6).