# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA GARCIA-GOOCH, | Case No. 1:19-cv-01268-EPG |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO SERVE AND GRANTING EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF Nos. 8, 9) |
| Defendant. | |

On February 20, 2020, the Court issued an order to show cause (ECF No. 8), requiring Plaintiff, Roberta Garcia-Gooch, to show cause why this case should not be dismissed for failure to serve Defendant. On March 5, 2020, Plaintiff filed a response to the order to show cause, explaining that she has been very ill and was unable to complete service during the allotted time (ECF No. 9). She also explained that she is searching for counsel to represent her in this case and requests that she be granted a three- to four-week extension of time to effectuate service of process (*id.*). In light of this explanation, the Court will discharge the order to show cause and grant the requested extension of time. The Court also reminds Plaintiff that she may request the assistance of the Court in effectuating service at no cost to herself.

////

IT IS ORDERED that the order to show cause (ECF No. 8) is DISCHARGED. Plaintiff's motion for an extension of time (ECF No. 9) is GRANTED. Plaintiff shall file by April 10, 2020, a return of service demonstrating that Defendant has been served.

IT IS SO ORDERED.

Dated: **March 10, 2020**          /s/ *Erin P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE