UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA GARCIA-GOOCH,<br><br>                Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                Defendant. | Case No. 1:19-cv-01268-EPG<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS<br><br>45-DAY DEADLINE |

      Plaintiff, Roberta Garcia-Gooch, is proceeding *pro se* in this action for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding her application for Social Security Disability Insurance Benefits.

      Under Rule 4(m) of the Federal Rules of Civil Procedure,

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

      Plaintiff filed the complaint initiating this action on September 11, 2019. Summons was issued on October 23, 2019.[1] On February 20, 2020, after significantly more than 90 days had

---

[1] The delay between the filing of the complaint and the issuance of the summons is due to Plaintiff's initial motion to proceed *in forma pauperis* (ECF No. 2), which the Court denied because it was incomplete (ECF

1

passed since Plaintiff filed her complaint and since the Court issued the summons, the Court issued an order to show cause ("OSC") requiring Plaintiff to show cause why her case should not be dismissed for failure to effectuate service in accordance with the 90-day time limit in Rule 4(m). (ECF No. 8.)

On March 5, 2020, Plaintiff filed her response to the OSC, explaining that she had been very ill and unable to complete service during the allotted time. (ECF No. 9.) Plaintiff also explained that she was searching for counsel to represent her and requested that she be granted a three- to four-week extension of time to effectuate service of process. (*Id.*) The Court discharged the order to show cause, granted Plaintiff's requested extension of time, and reminded Plaintiff that she could request the assistance of the Court in effectuating service at no cost to herself. (ECF No. 10.) Plaintiff was directed to file a return of service by no later than April 10, 2020, demonstrating that Defendant had been served. (*Id.*)

The April 10, 2020, deadline has passed, and Plaintiff has not filed a return of service, requested additional time to effectuate service, or requested the assistance of the Court in effectuating service.

Accordingly, Plaintiff IS ORDERED to show cause why this case should not be dismissed for failure to effectuate service in accordance with the 90-day time limit in Rule 4(m), as previously extended by the Court to April 10, 2020. Plaintiff shall file a written show cause response within **forty-five (45) days** of this Order. She may file her response by mailing it via U.S. mail to the following address: Clerk of the United States District Court, Eastern District of California, 2500 Tulare Street, Fresno, California 93721.

\\\
\\\
\\\
\\\

---

No. 3). Plaintiff filed a renewed application to proceed *in forma pauperis* on October 21, 2019 (ECF No. 4), which the Court granted on October 23, 2019 (ECF No. 5). The Court also issued the summons on October 23, 2019 (ECF No. 6).

If Plaintiff needs the assistance of the Court in effectuating service, Plaintiff should request such assistance in her show cause response.

IT IS SO ORDERED.

Dated:   **April 14, 2020**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE