1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERTA GARCIA-GOOCH,                    No.  1:19-cv-01268-NONE-EPG

12              Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   COMMISSIONER OF SOCIAL                   CASE WITHOUT PREJUDICE FOR
     SECURITY,                                FAILURE TO EFFECTUATE SERVICE,
15                                            FAILURE TO COMPLY WITH THE
              Defendant.                      COURT'S ORDER, AND FAILURE TO
16                                            PROSECUTE

17                                            (Doc. No. 13)

18

19        Plaintiff, Roberta Garcia-Gooch, is proceeding *pro se* and *in forma pauperis* in this action

20   for judicial review of an unfavorable decision of the Commissioner of the Social Security

21   Administration regarding her application for Social Security Disability Insurance Benefits.  The

22   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

23   Local Rule 302.

24        On June 9, 2020, the assigned magistrate judge issued findings and recommendations

25   recommending that this action be dismissed due to plaintiff's failure to effectuate service, failure

26   to comply with a court order, and failure to prosecute.  (Doc. No. 13.)  The findings and

27   recommendations were served on plaintiff and contained notice that any objections thereto were

28   /////

                                              1

1  to be filed within thirty days. (*Id.*)  Plaintiff has not filed any objections to the findings and

2  recommendations and the time to do so has passed.

3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4  *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

5  and recommendations to be supported by the record and by proper analysis.

6       Accordingly,

7      1.  The findings and recommendations entered June 9, 2020 (Doc. No. 13) are

8         ADOPTED in full;

9      2.  This action is DISMISSED, without prejudice, based on plaintiff's failure to

10         effectuate service, failure to obey the court's order, and failure to prosecute this

11         case; and

12      3.  The Clerk of Court is directed to assign a district judge to this case for the purpose

13         of closing the case and then to CLOSE THIS CASE.

14  IT IS SO ORDERED.

15    Dated:  __**August 29, 2020**__        _____

16                             UNITED STATES DISTRICT JUDGE